UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

United States of America,                                      Criminal No. 15-160 (DWF/FLN)

          Plaintiff,

v.                                                                                     **ORDER**

Michael Lewis Griffin,

          Defendant.

This matter is before the Court upon the Defendant's Motion to Exclude Time Under the Speedy Trial Time (Doc. No. [12]) to continue the motion hearing date, trial date, and exclude time from the Speedy Trial Act computations in this case. The court having considered the factors set forth in 18 U.S.C. § 3161(h)(7)(A), finds that the ends of justice served by the granting of the requested continuance outweigh the best interests of the public and the defendant in a speedy trial. This finding is based on the facts set forth in the defendant's Statement of Facts in Support of Exclusion of Time Under Speedy Trial Act (Doc. No. [13]).

**THEREFORE, IT IS ORDERED**, that:

1. The Defendant's Motion to Exclude Time Under the Speedy Trial Time (Doc. No. [12]) is **GRANTED.**

2. The government is ordered to make all disclosures required by Federal Rule of Criminal Procedure by June 29, 2015. In order to avoid the need for a recess of the

motions hearing, the government is also requested to make, by June 29, 2015, all disclosures which will be required by Fed.R.Crim.P. 26.2 and 12(h).

3. All motions shall be filed on or before September 28, 2015.

4. Responses shall be filed on or before October 12, 2015.

5. A hearing on all motions will be held on October 21, 2015 at 9:00 a.m. before U.S. Magistrate Judge Franklin L. Noel in Courtroom 9W, 300 South Fourth Street, Minneapolis, Minnesota.

6. Voir dire and jury instructions, using the Eighth Circuit Model Instructions, shall be filed in duplicate with Judge Frank's calendar clerk on or before November 25, 2015;

7. The trial is set for December 7, 2015, at 9:00 a.m., before the undersigned in Courtroom 7C, 316 North Robert Street, St. Paul, Minnesota.

8. The delay from the original date of the motions hearing (July 22, 2015), through the rescheduled date of the motions hearing (October 21, 2015), is excluded from the calculation of time required by the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A), in that the ends of justice served by such action outweigh the best interest of the public and the defendant in a speedy trial.

Dated:  June 24, 2015            s/Donovan W. Frank
                                 DONOVAN W. FRANK
                                 United States District Judge